UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| VICKI CHANG, | CASE NO. 2:25-cv-01405-JNW |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |
| v. | |
| CHARLES SAUNDERS et al., | |
| Defendants. | |

Plaintiff Vicki Chang moves for reconsideration of this Court's order granting in part and denying in part various motions. Dkt. No. 62. "Motions for reconsideration are disfavored," LCR 7(h)(1), and "'should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law.'" *Marlyn Natraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009) (quoting *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999)). "Whether . . . to grant reconsideration is committed to the sound discretion of the court." *Navajo Nation v. Confederated Tribes & Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION - 1

Chang's motion reasserts arguments that the Court already rejected in its order, including the argument that Chang should be permitted to use discovery procedures to obtain information from unserved defendants. Chang also asks the Court to clarify whether she can submit "5 potential amended complaints" because "she alleges a lot of federal civil complaints." She asks the Court to reconsider dismissal of claims against individual defendants. None of this meets the standard for reconsideration: Chang has not presented newly discovered evidence, demonstrated clear error, or identified an intervening change in controlling law. On review of the record, the Court is satisfied that it applied the correct legal standards and did not err.

Accordingly, Chang's motion for reconsideration is DENIED. Dkt. No. 62.

Dated this 17th day of February, 2026.

Jamal N. Whitehead
United States District Judge

**ORDER** DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION - 2